CLOSED, CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:07-cv-01425-MJD-SRN

| | |
|---|---|
| Mulvey v Au Optronics Corp., et al. | Date Filed: 03/06/2007 |
| Assigned to: Judge Michael J. Davis | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Susan R. Nelson | Nature of Suit: 410 Anti-Trust |
| Cause: 15:25 Clayton Act | Jurisdiction: Federal Question |

**Plaintiff**

**Martha Mulvey**　　　　　　　　　　　　represented by　**David - NA Boies, III**
*on behalf of herself and all others*　　　　　　　　　　　Not Admitted
*similarly situated in the State of*　　　　　　　　　　　*LEAD ATTORNEY*
*Minnesota*　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Ian - NA Otto**
　　　　　　　　　　　　　　　　　　　　　　　　　　Not Admitted
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Jordan M Lewis**
　　　　　　　　　　　　　　　　　　　　　　　　　　Siegel Brill Greupner Duffy & Foster, PA
　　　　　　　　　　　　　　　　　　　　　　　　　　1300 Washington Square
　　　　　　　　　　　　　　　　　　　　　　　　　　100 Washington Avenue South
　　　　　　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　　　　　　　　　　　　　612-337-6100
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 612-339-6591
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jordanlewis@sbgdf.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Nathan - NA Cihlar**
　　　　　　　　　　　　　　　　　　　　　　　　　　Not Admitted
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Timothy - NA D Battin**
　　　　　　　　　　　　　　　　　　　　　　　　　　Not Admitted
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Au Optronics Corp.**

**Defendant**

**AU Optronics Corp. America**

**Defendant**

**Chi Mei Optoelectronics Co., Ltd.**

**Defendant**

**Chi Mei Optoelectronics USA, Inc.**

**Defendant**

**Chunghwa Picture Tubes, Ltd.**

**Defendant**

**Fujitsu Limited, Inc.**

**Defendant**

**Fujitsu America, Inc.**

**Defendant**

**HannStar Display Corporation**

**Defendant**

**Hitachi, Ltd.**

**Defendant**

**Hitachi Displays, Ltd.**

**Defendant**

**Hitachi America, Ltd.**

**Defendant**

**International Display Techonology Co., Ltd.**

**Defendant**

**International Display Technology USA, Inc.**

**Defendant**

**IPS Alpha Technology, Ltd.**

**Defendant**

**L.G. Philips LCD Co., Ltd.**

**Defendant**

**L.G. Philips LCD America, Inc.**        represented by  **Michael A Lindsay**
                                                          Dorsey & Whitney LLP
                                                          50 S 6th St Ste 1500

Minneapolis, MN 55402-1498
612-340-2600
Fax: 612-340-2868
Email: lindsay.michael@dorsey.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matsushita Electric Industrial Co., Ltd.**
*doing business as*
Panasonic

**Defendant**

**Panasonic Corporation of North America**

**Defendant**

**Mitsubishi Electric Corporation**

**Defendant**

**Mitsubishi Electric & Electronics USA, Inc.**

**Defendant**

**NEC Electronics Corporation**

**Defendant**

**NEC Electronics America, Inc.**

**Defendant**

**NEC LCD Technologies, Ltd.**

**Defendant**

**Samsung Electronics Company, Ltd.**

**Defendant**

**Samsung Electronics America, Inc.**

**Defendant**

**Sanyo Electric Co. Ltd.**

**Defendant**

**Sanyo North America Corp.**

**Defendant**

**Epson Imaging Devices Corporation**

**Defendant**

**Seiko Epson Corporation**

**Defendant**

**Epson America, Inc.**

**Defendant**

**Epson Electronics America, Inc.**

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**

**S-LCD Corporation**

**Defendant**

**Syntax-Brillian Corp.**

**Defendant**

**Toshiba Corporation**

**Defendant**

**Toshiba America, Inc.**

**Defendant**

**Toshiba Matsushita Display Technology Co., Ltd.**

**Defendant**

**John Does 1-100**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 03/06/2007 | 1 | COMPLAINT with Jury Demand against all defendants ( Filing fee $ 350 receipt number 4011439.) assigned to Judge Michael J Davis per Antitrust List and referred to Magistrate Judge Susan R Nelson , filed by Martha Mulvey. (Attachments: # 1 Civil Cover Sheet, Part 1# 2 Civil Cover Sheet, Part 2)(kt) QC'd by KT on 3/7/07. (KT) (Entered: 03/06/2007) |
| 03/06/2007 | | Summons Issued as to Defendants. (kt) (Entered: 03/06/2007) |
| 03/30/2007 | 2 | STIPULATION *for Extenstion of Time to Respond to Complaint* by L.G. Philips LCD America, Inc., Martha Mulvey. (Attachments: # 1 Certificate of Service)(Lewis, Jordan) (Entered: 03/30/2007) |
| 03/30/2007 | 3 | RULE 7.1 DISCLOSURE STATEMENT by L.G. Philips LCD America, Inc. of LG.Philips LCD Co., Ltd. as corporate parent and/or publicly held company. (Attachments: # 1 Certificate of Service)(Lindsay, Michael |

| | | |
|---|---|---|
| | | (Entered: 03/30/2007) |
| 04/02/2007 | 4 | ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT. Signed by Magistrate Judge Susan R. Nelson on 04/02/2007. (jc) (Entered: 04/02/2007) |
| 05/04/2007 | 5 | DOCUMENT FILED IN ERROR - WILL BE REFILED. Return of Service Executed for Summons and Complaint served on all Defendants on 3/15/07 and 3/16/07, filed by Martha Mulvey. (RJL) Modified on 5/29/2007 (mkc). (Entered: 05/04/2007) |
| 05/04/2007 | 6 | RETURN OF SERVICE EXECUTED re: SUMMONS Returned Executed by Martha Mulvey. Au Optronics Corp. served on 3/15/2007, answer due 4/4/2007; AU Optronics Corp. America served on 3/15/2007, answer due 4/4/2007; Chi Mei Optoelectronics Co., Ltd. served on 3/15/2007, answer due 4/4/2007; Chi Mei Optoelectronics USA, Inc. served on 3/16/2007, answer due 4/5/2007; Fujitsu Limited, Inc. served on 3/15/2007, answer due 4/4/2007; Fujitsu America, Inc. served on 3/13/2007, answer due 4/2/2007; Hitachi, Ltd. served on 3/16/2007, answer due 4/5/2007; Hitachi Displays, Ltd. served on 3/16/2007, answer due 4/5/2007; Hitachi America, Ltd. served on 3/13/2007, answer due 4/2/2007; International Display Techonology Co., Ltd. served on 3/15/2007, answer due 4/4/2007; International Display Technology USA, Inc. served on 3/13/2007, answer due 4/2/2007; L.G. Philips LCD Co., Ltd. served on 3/15/2007, answer due 4/4/2007; L.G. Philips LCD America, Inc. served on 3/13/2007, answer due 4/2/2007; Panasonic Corporation of North America served on 3/14/2007, answer due 4/3/2007; Mitsubishi Electric & Electronics USA, Inc. served on 3/14/2007, answer due 4/3/2007; NEC Electronics America, Inc. served on 3/13/2007, answer due 4/2/2007; Samsung Electronics Company, Ltd. served on 3/15/2007, answer due 4/4/2007; Samsung Electronics America, Inc. served on 3/14/2007, answer due 4/3/2007; Sanyo North America Corp. served on 3/16/2007, answer due 4/5/2007; Epson America, Inc. served on 3/13/2007, answer due 4/2/2007; Epson Electronics America, Inc. served on 3/13/2007, answer due 4/2/2007; Sharp Corporation served on 3/15/2007, answer due 4/4/2007; Sharp Electronics Corporation served on 3/14/2007, answer due 4/3/2007; Syntax-Brillian Corp. served on 3/13/2007, answer due 4/2/2007; Toshiba America, Inc. served on 3/14/2007, answer due 4/3/2007. (MKC) . QCd on 6/3/2007 (mkc). (Entered: 05/29/2007) |
| 06/05/2007 | 7 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO-1), transferring case to the Northern District of California, San Francisco per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Honorable Susan Illston. (jc) (Entered: 06/05/2007) |
| 06/05/2007 | | NOTICE to Attorney: Case #07-1425 MJD/SRN has been transferred to the Northern District of California pursuant to CTO-1. (jc) (Entered: 06/05/2007) |