1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
10

11  IN RE TFT-LCD (FLAT PANEL)              Master File No. C07-1827 SI
    ANTITRUST LITIGATION
12
13  _____          No. C-07-2796 SI

14  THIS DOCUMENT RELATES TO

15  EMW, Inc. v. LG Philips LCD Co., Ltd. et
    al.                                     [PROPOSED] ORDER APPOINTING
16                                          INTERIM CLASS COUNSEL FOR THE
    Case No. C-07-2796 SI and               CALIFORNIA INDIRECT PURCHASERS
17                                          SUBGROUP
    ALL INDIRECT PURCHASER
18  ACTIONS

19
20
21
22
23      Plaintiff EMW, Inc.'s Motion To appoint Interim Class Counsel For the California Indirect
24  Purchasers Subgroup came on for hearing on July 10, 2007 before the Honorable Susan Illston.
25  Lingel H. Winters, Esq. and Thomas V. Girardi, Esq. appeared in behalf of plaintiff and the
26  putative class of indirect purchasers. After reviewing the papers filed and hearing argument by
27  all parties: the court hereby enters the following order:
28

- 2 -

21 | IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT

2

3 | Plaintiff EMW's Motion To Appoint Interim Class Counsel For the California Indirect Purchasers
4 | Subgroup is GRANTED and the law firms of Girardi & Keese per Thomas V. Girardi, Esq. and
5 | Lingel H. Winters P.C. are appointed interim class counsel for the California Indirect Purchasers
6 | Subgroup and putative class.

7

    Dated:  July ___, 2007

8                                                    Honorable Susan Illston
9                                                  UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL FOR THE CALIFORNIA INDIRECT
PURCHASERS SUBGROUP